```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 08693
   DARREN A HAYES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER
        Debtor
   SSN XXX-XX-0059

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 04/10/2008 and was confirmed 07/23/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 02/04/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED        5600.00          .00             .00
COMCAST                    UNSECURED       NOT FILED         .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED         621.22          .00             .00
ANTOINETTE DAVIS           DSO ARREARS     NOT FILED         .00             .00
ARROW FINANCIAL SERVICES   UNSECURED        1803.19          .00             .00
TIMOTHY K LIOU             DEBTOR ATTY     3,009.20                      2,045.95
TOM VAUGHN                 TRUSTEE                                         174.05
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                  RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              2,220.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               2,045.95
TRUSTEE COMPENSATION                           174.05
DEBTOR REFUND                                     .00
                   --------------          --------------
TOTALS               2,220.00                2,220.00
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn |
|  | _____ |
|  | TOM VAUGHN |
|  | CHAPTER 13 TRUSTEE |